UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Lawrence E. Townsend
    Plaintiff,
  v.

Armstrong
    defendant.

No. 3:02cv1763 (JBA)
Prisoner

U.S. DISTRICT COURT
NEW HAVEN, CONN.

October 12th, 2003

## MOTION TO RE-OPEN JUDGMENT
## OR
## RULING ORDER

Petitioner moves pursuant to Federal Rules of Civ. Procedure Rule 60 (a) (b) 3 & 6.

Petitioner contends that on july 22 2003, the court dismissed the petitioner's complaint stating that the petitioner had failed to file a level 2 grievance appealing the denial of his level 1 grievance and therefore the petitiner did fail to exhauste his available administrative remedies and thus the complaint was dismissed.

Petitioner further contends that the court erred by not dismissing the complaint without prejudice petitioner maintains that where an offer or admission is made "without prejudice or a motion is denied or a suit dismissed without prejudice it is meant as a declaration that no rights or privileges of the party concerned are to be considered as thereby waived or lost except in sofar as may be expressly conceded or decided. see Genet v. Delaware & H. Canal Co., 170 N.Y. 278.

Petitioner contends that the court erred by not dismissing the complaint without prejudice which is (b) (1) of Rule 60 mistake inadvertence surprise or excusable neglect.

Petitioner offered in support of relief from judgment or Order the enclosed administrative Directive 9.6 sec. #16 which states the request that was submitted, the level 1 grievance and the appeal of the level 1, the level #2 appeal denial, thus the exhaustion require has been again satisfied.

FOR THE REASONS stated aboce the petitioner request that he be granted relief from judgment ,Ruling order Doc. #6-1.

Respectfully submitted

*[signature]*

## C E R T I F C A T I O N

I hereby certify that a copy of the Motion for Relief from Judgment or Ruling Order was mailed this ___15th___ DAY OF ~~September~~ October 200_

TO: Peregrine Alban Zinn-Rowthorn
       Attorney General's office
       110 Sherman Street
       Hartford, Connecticut 06105

BY: _____
    Lawrence E. Townsend
    f/k/a Munsur Khalif Abdullah
    Garner Correctional Institution
    50 Nunnawauk Road
    New Town 06470

Exhibit "A"

Mr. Lawrence Townsend #26467
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT. 06410

October 2, 2003

State of Connecticut
Department of Correction
Operations Division
24 Wolcott Hill Road
Wethersfield, CT 06109

Dear Mark Strange, District Administrator

Sir I filed a level 2-3 appeal to a level 1 grievance over 30 days ago I have not as of this date received a response, in the administrative directive 9.6 it states that an appeal must be heard within 30 days

In section D. Appeals for whicha timely response to a level 2 grievance is not received. If a timely response to a level 2 grievance is not received an inmate may appeal to level 3 (1) day after the authorized time limit expires.

A level 3 review shall be made by the Commissioner or designee. The response shall be in writing, within 30 day, and shall include a statement of the remedy for a grievance, which is upheld, compromised or of the reason a grievace is denied or rejected.

Petitioner therefore request the relief requested in his level 1 and level 2 grievance that is $ 15,000.00 dollars.

Sincerely,

cc. Commissioner Lantz
24 Wolcott Hill Road
Wethersfield, CT 06109

   cc. United States District Court
   121 Elm Street
New Haven Ct. 06510

cc. New Haven Superior Court
235 Church Street
New Haven CT. 06510

Pro-Se Munsur Khalif Abdullah a/k/a Lawrence E. Townsend
900 Highland Avenue
Cheshire Connecticut  06410

بسم الله الرحمن الرحيم

Change of Address    10/12/2003

To the Clerk of the Court,

Please note that the plaintiff in the action Lawrence E. Townsend AKA Munsye K. Abdullah has been moved to the new address

Lawrence E. Townsend #26467
Garner Correctional ~~Institution~~
50 Nunnawauk Road
Newtown, CT. 06470
Tel. (203) 270-2800)

Thank-you

Lawrence E. Townsend
v.
Armstrong

No. 3:02 cv 1763 (JHA)
Prisoner

*[signature: Lawrence Townsend]*