UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Townsend | : | | |
| | : | | |
| v. | : | No. | 3:02cv1763 (JBA) |
| | : | | Prisoner |
| Armstrong | : | | |

**Order**

For the reasons set forth in this Court's March 31, 2004 ruling [Doc. # 19], Townsend's Motion to Reopen Judgment [Doc. # 17] is hereby DENIED.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut, this 25th day of June, 2004.