MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED
AUG 30 1 43 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

Roseann B. MacKechnie
CLERK

Date: 8/17/04

Docket Number: 03-243-pr
Short Title: Townsend v. Armstrong
DC Docket Number: 02-cv-1763
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Janet Arterton

## ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN ZZ! that Appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and

**APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed,

**THIS APPEAL IS DISMISSED.**

## CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

**SO ORDERED,**

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
Connie Mezariego (CM)

Certified: AUG 17 2004

For the Court,
Roseann B. MacKechnie, Clerk

By: Connie Mazariego (C.M.)

Connie Mazariego
Deputy Clerk, USCA